IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL DEWAYNE THIBODEAUX,<br>Petitioner, | § § § § | |
| v. | § | No. 3:16-cv-2149-M (BT) |
| LORIE DAVIS, *Director*, TDCJ-CID,<br>Defendant. | § § § § | |

# ORDER

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and hereby DENIES Petitioner's motion to reopen this case. (ECF No. 32.)

Signed this 27th day of April, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE